AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 10 2016
MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 16mj2140 |
| Natalie OROZCO | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/9/2016__ in the county of __Bernalillo__ in the __Federal__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §841(a)(1); (b)(1)(A) | Possession with Intent to Distribute a Controlled Substance, to wit, 500 grams or more of Methamphetamine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Gerald P. Maestas, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/10/2016

_____
Judge's signature

City and state: Albuquerque, New Mexico

Steven C. Yarbrough, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

On May 9, 2016, at approximately 12:00 Noon, Special Agent (SA) Gerald Maestas and Task Force Officer (TFO) Clarence Davis were at the Amtrak Train Station, 320 1st St. SW, Albuquerque, New Mexico when the eastbound Train #4 arrived for its regularly-scheduled stop. Agents routinely conduct consensual encounters with passengers aboard the train and on the train platform.

SA Maestas greeted a female passenger who was seated in the aisle seat on the right side of Couch Car 413. SA Maestas identified himself as a police officer, displayed his DEA badge, and asked for and received consent to speak to the subject. SA Maestas learned that the female was traveling alone and was traveling to Chicago. SA Maestas asked to see the subject's train ticket and while she looked for the e-ticket on her phone, SA Maestas learned that the subject was traveling to Chicago to look into a "flight school".

The subject handed SA Maestas her cell phone and SA Maestas observed a reservation in the name of Natalie OROZCO with a final destination of Indianapolis, Indiana. SA Maestas returned OROZCO's cell phone. SA Maestas learned from OROZCO that she was traveling with only one piece of luggage, a black ADIDAS duffel bag which was at her feet. SA Maestas could clearly see that there was a second bag, a pink backpack, directly beside the ADIDAS bag. OROZCO was holding a large brown purse on her lap. SA Maestas confirmed with OROZCO that she did not have any other luggage with her or in the luggage compartment on the first level.

SA Maestas asked for and received consent to search OROZCO's black ADIDAS bag for contraband and found none. SA Maestas then asked OROZCO about the pink bag at her feet. OROZCO disclaimed ownership of the pink Jansport backpack and advised the bag probably belonged to someone who had gotten off the train.

SA Maestas conducted a consensual encounter with the person two rows in front of OROZCO as the seats in the row in front of her were not occupied. SA Maestas learned from the subject that the only person that had been sitting behind him was OROZCO, who had

moved back a row. SA Maestas re-contacted OROZCO and asked to see her driver's license, and after returning her driver's license to OROZCO, again asked her about ownership of the pink Jansport bag. OROZCO disclaimed ownership of the bag and all its contents. OROZCO again advised that a couple had been sitting in the row in front of her, a male in the row in front of her, and a female across the aisle from him. OROZCO advised the people had gotten off the train. SA Maestas learned from the person sitting at the window seat that no one had been sitting next to him as OROZCO claimed.

SA Maestas displayed the Jansport bag to every person in Coach Car #413 and every person disclaimed ownership of the bag. In the Jansport backpack, SA Maestas observed three clear plastic vacuum-wrapped packages, each containing a white crystalline substance. SA Maestas, from training and experience, suspected the packages contained crystal methamphetamine.

SA Maestas placed OROZCO under arrest and transported her to the Albuquerque District Office where she was processed. During a post-arrest interview, after being advised of her Miranda Rights, which OROZCO stated she understood and would waive, admitted she knew she was transporting controlled substances to Indianapolis in the pink Jansport backpack and expected to be paid $5,000-$6,000.

SA Maestas and SA Kirk Lemmon processed the controlled substance which field-tested positive for the presence of methamphetamine and weighed approximately 1.4 gross kilograms.

Assistant United States Attorney Kimberly Brawley reviewed and approved this Criminal Complaint and supporting Affidavit.

_____
Gerald P. Maestas, Special Agent
Drug Enforcement Administration

Sworn to before me, and signed in my presence.

<u>May 10, 2016</u> at <u>Albuquerque, New Mexico</u>

_____
Steven C. Yarbrough
United States Magistrate Judge